**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JEPSON-BLUHM, LLC D/B/A INTERNATIONAL PRECIOUS METALS,** § § § | | |
| *Plaintiff* § | **Civil Action No. 1:19-cv-00140** | |
| § | | |
| **VS.** § | | |
| § | | |
| **SENECA INSURANCE COMPANY,** § § | | |
| *Defendant* § | | |

**DEFENDANT SENECA INSURANCE COMPANY'S
NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Seneca Insurance Company ("Seneca"), Defendant in Cause No. 60108, pending in the 356th Judicial District Court of Hardin County, files this Notice of Removal to the United States District Court for the Eastern District of Texas, Beaumont Division (the "Notice"), on the basis of diversity of citizenship and jurisdictional amount, and respectfully shows the Court the following:

### I.   FACTUAL BACKGROUND

1. This Hurricane Harvey insurance dispute is based on alleged property damage to a commercial property located at 3545 Highway 96 Bypass in Silsbee, Texas 77656 (the "Property"). On or about February 11, 2019, Plaintiff Jepson-Bluhm, LLC D/B/A International Precious Metals ("Plaintiff") filed its Original Petition in the matter styled *Jepson-Bluhm, LLC D/B/A International Precious Metals v. Seneca Insurance Company*; Cause No. 60108; in the 356th Judicial District Court of Hardin County, Texas.

2. Plaintiff served Seneca with its Original Petition on or about February 13, 2019. Accordingly, Seneca files this timely Notice of Removal within thirty (30) days of receiving service of process and citation. 28 U.S.C. § 1446(b).

## II. BASIS FOR REMOVAL

3. Removal is proper based upon diversity of citizenship under 28 U.S.C. §§ 1332(a)(1), 1441(a), and 1446.

**A. The Proper Parties Are Diverse**

4. Upon information and belief, Plaintiff Jepson-Bluhm, LLC D/B/A International Precious Metals is a limited liability company organized under the laws of Texas and having only two members, each a citizen of Texas.

5. Defendant Seneca is a New York corporation with its principal place of business in New York.

6. Because Plaintiff is a citizen of Texas and Defendant Seneca is a citizen of New York, complete diversity of citizenship exists among the parties.

**B. The Amount in Controversy Exceeds the Jurisdictional Requirements for Diversity Jurisdiction**

7. The amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332(a) is clearly satisfied in this case as evidenced by Plaintiff's Original Petition, in which Plaintiff expressly alleges that it "seeks monetary relief over $200,000 but not more than $1,000,000." Plaintiff's Original Petition at p. 2, ¶ 4. This amount clearly exceeds the requirement for subject matter jurisdiction, and demonstrates that the amount in controversy requirement is satisfied.

**C.  Removal is Procedurally Correct**

8. Plaintiff commenced this civil action against Seneca in state court on February 11, 2019. Seneca first received notice of Plaintiff's Original Petition on February 13, 2019. Seneca is filing this Notice within the 30 day time period required by 28 U.S.C. § 1446(b) and within a year of the date suit was first filed in state court.

9. Venue is proper in this District and Division under 28 U.S.C. § 1446(a) because this District and Division include the county in which the state action has been pending and because a substantial part of the events giving rise to Plaintiff's claims allegedly occurred in this District and Division. *See* Plaintiff's Original Petition at p. 2, ¶ 6.

10. Pursuant to 28 U.S.C. § 1446(a), attached hereto is the Index of Matters Being Filed that clearly identifies each document and indicates the date the document was filed in state court. Attached is a copy of the docket sheet, and all documents filed in the state court action as identified on the Index of State Court Documents.

11. Pursuant to 28 U.S.C. § 1446(d), promptly after Seneca files this Notice, written notice of the filing will be given to Plaintiff.

12. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be promptly filed with the Clerk of the Harris County District Court after Seneca files this Notice.

### III.  CONCLUSION

Based upon the foregoing, and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant Seneca Insurance Company hereby removes this case to this Court for trial and determination.

3

6740236v1
01446.233

Respectfully Submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

By: /s/ *Christopher H. Avery*
    James N. Isbell
    Attorney-in-Charge
    Texas State Bar No. 10431900
    jisbell@thompsoncoe.com
    Christopher H. Avery
    Texas State Bar No. 24069321
    cavery@thompsoncoe.com
    Shelby Raye Jeffcoat
    Texas State Bar No. 24106140
    srjeffcoat@thompsoncoe.com

One Riverway, Suite 1400
Houston, Texas  77056
(713) 403-8210 │ (713) 403-8299 – *Fax*

**COUNSEL FOR DEFENDANT
SENECA INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of March, 2019, a true and correct copy of the foregoing instrument has been forwarded to all counsel of record using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

Michael A. Downey
maddocketefile@mostynlaw.com
MOSTYN LAW
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 │ Phone
(713) 714-1111 │ Facsimile
*Attorneys for Plaintiff*

   /s/ *Christopher H. Avery*
Christopher H. Avery